# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-54243
Case Name: HAMILTON, ERIN K.
Trustee Name: RICHARD A. WILSON

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---|
| _____ | $ _____ |
| _____ | $ _____ |
| _____ | $ _____ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Trustee: RICHARD A. WILSON | $ 439.05 | $ 24.96 |
| Attorney for trustee: | $ | $ |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: | $ | $ |
| Special Attorney for trustee: | $ | $ |
| Charges: | $ | $ |
| Fees: | $ | $ |
| Other: | $ | $ |
| Other: | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

UST Form 101-7-TFR (9/1/2009) (Page: 7)

09-54243-mss    Doc 36    FILED 09/29/10    ENTERED 09/29/10 14:54:51    Page 1 of 4
09-54243-mss    Doc 31    FILED 08/26/10    ENTERED 08/26/10 09:13:33    Page 7 of 10

FILED 2010 SEP 29 PM 2:03 US BANKRUPTCY COURT NORTHERN DISTRICT OF OHIO AKRON

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| *Attorney for debtor:* | | $ | $ |
| *Attorney for:* | | $ | $ |
| *Accountant for:* | | $ | $ |
| *Appraiser for:* | | $ | $ |
| *Other:* | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 31,777.78 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.1 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Chase Bank USA, N.A. | $ 5,577.61 | $ 226.81 |
| 2 | Fia Card Services, NA/Bank of America | $ 714.20 | $ 29.04 |
| 3 | Fia Card Services, NA/Bank of America | $ 22,455.27 | $ 913.11 |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 5 | Drs Hill and Thomas Co | $ 16.54 | $ 0.67 |
| 6 | U.S. Bank N.A. | $ 2,496.16 | $ 101.50 |
| 7 | Parma Fire Department | $ 518.00 | $ 21.07 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

ck # 1008
receipt # 81807

UST Form 101-7-TFR (9/1/2009) (Page: 9)

09-54243-mss    Doc 36    FILED 08/26/10    ENTERED 08/26/10 09:53:33    Page 9 of 10
09-54243-mss    Doc 36    FILED 08/26/10    ENTERED 08/26/10 14:54:51    Page 3 of 4

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

UST Form 101-7-TFR (9/1/2009) (Page: 10)

09-54243-mss Doc 361 FILED 08/26/10 ENTERED 08/26/10 09:18:33 Page 10 of 40
09-54243-mss Doc 361 FILED 08/26/10 ENTERED 08/26/10 09:18:33 Page 10 of 40